UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> EASYLINK SERVICES § <br> INTERNATIONAL CORPORATION, § <br> § <br> Defendant. § | CASE NO. 6:08-cv-263 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM

Plaintiff j2 Global Communications, Inc. ("j2") respectfully submits the following Reply to Defendant EasyLink Services International Corp.'s ("EasyLink") Counterclaim for Declaratory Judgment of Patent Invalidity and Noninfringement:

1. j2 admits the allegations in paragraph 1.

2. j2 admits the allegations in paragraph 2.

3. j2 admits that EasyLink purports to seek a declaratory judgment. j2 denies the remaining allegations in paragraph 3.

4. j2 admits that this Court has subject matter jurisdiction over this matter. j2 denies the remaining allegations in paragraph 4.

5. j2 admits that it has submitted itself to the personal jurisdiction of this Court for purposes of this action. j2 denies the remaining allegations in paragraph 5.

6. j2 admits that EasyLink purports to assert this Counterclaim contingent on the correctness of j2's statement of venue in its Complaint. j2 denies the remaining allegations in paragraph 6.

7.      j2 admits that it purports to be the owner of the '688 Patent and the '132 Patent and has brought suit against EasyLink for infringement of the '688 and '132 Patents.  j2 also admits that it has charged EasyLink, *inter alia*, with infringement, contributory infringement, and inducing infringement of the '688 Patent and '132 Patent, and willful infringement of the '688 Patent.  j2 denies the remaining allegations of paragraph 7.

8.      j2 admits the allegations in paragraph 8.

9.      j2 denies the allegations in paragraph 9, except that j2 is without knowledge or information sufficient to form a belief regarding whether EasyLink has willfully infringed the '132 Patent, and on that basis, j2 denies EasyLink's assertion in that regard in paragraph 9.

10.     j2 denies the allegations in paragraph 10.

11.     j2 denies the allegations in paragraph 11.

12.     j2 denies the allegations in paragraph 12.

13.     j2 denies the allegations in paragraph 13.

14.     j2 denies the allegations in paragraph 14.

15.     j2 denies the allegations in paragraph 15.

16.     j2 denies the allegations in paragraph 16.

## AFFIRMATIVE DEFENSES

Without undertaking any burden of proof it does not have as a matter of law, j2 alleges the following affirmative defenses:

### First Affirmative Defense

17.     The Counterclaim fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

18.     j2 expressly and specifically reserves the right to amend this answer to add, delete, or modify affirmative defenses based upon legal theory, facts and circumstances which

may or will be developed through discovery or further legal analysis of EasyLink's claims and j2's position in this litigation.

## PRAYER FOR RELIEF

WHEREFORE, j2 respectfully requests judgment on the Counterclaim as follows:

A.  Judgment on the Counterclaim in favor of j2;

B.  Dismissal of the Counterclaim with prejudice;

C.  An award to j2 of its costs and expenses incurred herein; and

D.  Such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: September 4, 2008       PATTON, TIDWELL & SCHROEDER, L.L.P.

By: */s/ J. Kurt Truelove*_____
Nicholas H. Patton
Texas Bar No. 15631000
J. Kurt Truelove
Texas Bar No. 24013653
4605 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
E-mail: ktruelove@texarkanalaw.com

Attorneys for Plaintiff
j2 GLOBAL COMMUNICATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 4th day of September 2008.

*/s/ J. Kurt Truelove*_____
J. Kurt Truelove