1  Andrew Baum (SBN 190397)
   Bryan M. Sullivan (SBN 209743)
   Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
2  10250 Constellation Boulevard
   Nineteenth Floor
3  Los Angeles, California  90057
   (310) 553-3000 (Telephone)
4  (310) 553-2920 (Facsimile)

5  Joseph D. Wargo, *Pro Hac Vice*
   jwargo@wargofrench.com
6  David M. Pernini, *Pro Hac Vice*
   dpernini@wargofrench.com
7  Julie C. Jared, *Pro Hac Vice*
   jjared@wargofrench.com
8  WARGO & FRENCH LLP
   1170 Peachtree St. NE – Suite 2020
9  Atlanta, GA 30309

10 Attorneys for Defendants
   EASYLINK SERVICES INTERNATIONAL CORPORATION

11

12                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
13                      **LOS ANGELES DIVISION**

14

15  j2 Global Communications, Inc.,          **Case No. 09-4189-DDP (AJWx)**

16                  Plaintiff,

17          vs.                               **DEFENDANT'S
                                              COUNTERCLAIM FOR PATENT
18  EasyLink Services International           INVALIDITY AND NON-
    Corporation,                             INFRINGEMENT**
19
                    Defendant.
20

21  EasyLink Services International
    Corporation,

22                  Counterclaimant,

23          vs.

24  j2 Global Communications, Inc.,

25                  Counterdefendant.

26

27

28
698944
                       _____

                            DEFENDANT'S COUNTERCLAIM

1  Defendant EasyLink Services International Corporation ("EasyLink"), by and

2  through its counsel, hereby serves its Counterclaim for Patent Invalidity and Non-

3  Infringement as follows, and any averments or allegations not expressly admitted

4  herein are denied:

## COUNTERCLAIM

6  Counterclaimant EasyLink Services International, Inc. ("EasyLink"), for its

7  counterclaim against counterclaim defendant j2 Global Communications, Inc. ("j2"),

8  alleges as follows:

## PARTIES

10  1.     EasyLink is a corporation organized under the laws of the State of

11  Delaware with its principal place of business at 6025 The Corners Parkway, Suite

12  100, Norcross, Georgia 30092.

13  2.     Upon information and belief, j2 is a corporation organized under the

14  laws of the State of Delaware with its principal place of business at 6922 Hollywood

15  Boulevard, Suite 500, Los Angeles, California 90028.

## JURISDICTION

17  3.     EasyLink realleges and incorporates by reference paragraphs 1 through

18  2 above as if fully set forth herein.

19  4.     EasyLink brings this counterclaim pursuant to the Declaratory

20  Judgment Act, 28 U.S.C. §§ 2201 and 2202.  This counterclaim arises under the

21  patent laws of the United States, 35 U.S.C. § 1 *et seq.*

22  5.     This Court has subject matter jurisdiction over these counterclaims

23  pursuant to 28 U.S.C. §§ 1331, 1338, 2201 and 2202.

24  6.     Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400.

## CLAIM FOR RELIEF

**(Declaratory Judgment of Non-Infringement and Invalidity)**

27  7.     EasyLink realleges and incorporates by reference paragraphs 1 through

28  6 as if fully set forth herein.

698944

8.      j2 purports to be owner of U.S. Patent Nos. 6,597,688 (the "'688 Patent"), 7,020,132 (the "'132 Patent") and 6,208,638 (the "'638 Patent") and has brought suit against EasyLink for alleged infringement of the '688, '132 and '638 Patents.  j2 has charged EasyLink, *inter alia*, with infringement, willful infringement, contributory infringement, and inducing infringement of the '688, '132 and '638 Patents.  EasyLink has denied that it has committed any of the alleged acts of infringement, willful infringement, contributory infringement, or inducing infringement, and EasyLink asserts that the '688, '132 and '638 Patents are invalid and unenforceable.

9.      There is an actual controversy between EasyLink and j2 with respect to the validity of the '688, '132 and '638 Patents, and with respect to EasyLink's alleged infringement of the '688, '132 and '638 Patents.

10.      EasyLink has not infringed, willfully infringed, contributorily infringed or induced others to infringe any claim of the '688, '132 and '638 Patents.

11.      The '688 Patent is invalid for failing to comply with the conditions and requirements for patentability specified in the patent laws of the United States, specifically 35 U.S.C. §§ 102, 103, 112, and/or 282.

12.      The '132 Patent is invalid for failing to comply with the conditions and requirements for patentability specified in the patent laws of the United States, specifically 35 U.S.C. §§ 102, 103, 112, and/or 282.

13.      The '638 Patent is invalid for failing to comply with the conditions and requirements for patentability specified in the patent laws of the United States, specifically 35 U.S.C. §§ 102, 103, 112, and/or 282.

14.      EasyLink has been injured and damaged as a result of j2's filing of its First Amended Complaint in the present case, by asserting a patent that is, or patents that are, invalid and/or not infringed.

15.      EasyLink is entitled to a declaration from this Court finding that the '688 Patent is invalid.

698944

DEFENDANT'S COUNTERCLAIM

16.    EasyLink is entitled to a declaration from this Court finding that the '132 Patent is invalid.

17.    EasyLink is entitled to a declaration from this Court finding that the '638 Patent is invalid.

18.    EasyLink is further entitled to a declaration from this Court finding that EasyLink has not infringed any valid claim of the '688 Patent, has not actively induced others to infringe any valid claim of the '688 Patent, and has not committed any acts of contributory or induced infringement of any valid claim of the '688 Patent.

19.    EasyLink is further entitled to a declaration from this Court finding that EasyLink has not infringed any valid claim of the '132 Patent, has not actively induced others to infringe any valid claim of the '132 Patent, and has not committed any acts of contributory or induced infringement of any valid claim of the '132 Patent.

20.    EasyLink is further entitled to a declaration from this Court finding that EasyLink has not infringed any valid claim of the '638 Patent, has not actively induced others to infringe any valid claim of the '638 Patent, and has not committed any acts of contributory or induced infringement of any valid claim of the '638 Patent.

## PRAYER FOR RELIEF

WHEREFORE, EasyLink respectfully requests that the Court enter judgment in favor EasyLink and grant the following relief:

A.    The Court enter judgment in EasyLink's favor and against j2 on the claims for patent infringement alleged by j2 in the First Amended Complaint;

B.    The Court declare that the '688, '132 and '638 Patents, and each claim thereof, are invalid and unenforceable;

698944

3

DEFENDANT'S COUNTERCLAIM

C.    The Court declare that EasyLink has not infringed, and is not infringing, any valid and enforceable claim of the '688, '132 and '638 Patents, either directly or indirectly, literally or under the doctrine of equivalents;

D.    The Court declare the EasyLink has not actively induced, and is not actively inducing, others to infringe, and has not committed, and is not committing, any acts of contributory infringement of any valid and enforceable claim of the '688, '132 and '638 Patents;

E.    The Court find this case to be exceptional and award EasyLink its costs, expenses and attorneys' fees in accordance with 35 U.S.C. § 285; and

F.    The Court grant EasyLink such other and further relief as may be deemed appropriate and just.

## DEMAND FOR JURY TRIAL

EasyLink demands a jury trial for all triable issues in this case.

DATED: January 13, 2010

By: ___/s Bryan M. Sullivan_____
Bryan M. Sullivan

GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO

Attorneys for Defendant EASYLINK
SERVICES INTERNATIONAL
CORPORATION

698944

4

DEFENDANT'S COUNTERCLAIM

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT    )
           )  ss

CENTRAL DISTRICT OF CALIFORNIA    )

       I am employed in the County of Los Angeles.  I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is:  Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP, 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California  90057.

       On January 13, 2010, I served the within document(s) described below as:

**DEFENDANT'S COUNTERCLAIM FOR PATENT INVALIDITY AND NON-INFRINGEMENT**

On the interested parties in this action by placing true copies thereon enclosed in sealed envelopes addressed as follows:

Robert A. Sacks
Brian R. England
Edward E. Johnson
Sullivan & Cromwell LLP
1888 Century Park East
Suite 2100
Los Angeles, CA  90067-1725
sacksr@sullcrom.com
englandb@sullcrom.com
johnsonee@sullcrom.com

Frank L. Bernstein
Kenyon & Kenyon LLP
333 West San Carlos Street
Suite 600
San Jose, CA  95110
fbernstein@kenyon.com

**(X)  MAIL:**  I deposited such envelope in the mail at Los Angeles, California.  The envelopes were mailed with postage thereon fully prepaid.

**( )  PERSONAL**  I caused such envelope to be delivered by hand to the individuals at the address listed above.

**(X)  ELECTRONIC SERVICE:**  I caused the above-referenced document(s) to be transmitted to the above-named individual(s) at the e-mail address listed above.

**( )  OVERNIGHT COURIER:**  I caused the above-referenced document(s) to be delivered via overnight courier service (FedEx) to the individuals at the address listed above.

**(X)  FEDERAL:**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

       **EXECUTED** this document on January 13, 2010, at Los Angeles, California.

              /s Bryan M. Sullivan
              Bryan M. Sullivan

698944

DEFENDANT'S COUNTERCLAIM