Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

*Attorneys for Plaintiff j2 Global, Inc.*

Adrian M. Pruetz (Bar No. 118215)
ampruetz@glaserweil.com
Erica J. Pruetz (Bar No. 227712)
ejpruetz@ glaserweil.com
GLASER WEIL FINK JACOBS HOWARD
AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 282-6250
Facsimile: (310) 785-3550

*Attorneys For Defendant Easylink
Services International Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS, INC., <br><br> Plaintiff <br><br> v. <br><br> EASYLINK SERVICES INTERNATIONAL CORPORATION, <br><br> Defendant. | Case No. CV 09-04189 DDP (AJWx) <br><br> **AMENDED <u>SCHEDULING ORDER</u>** |

This matter is before the Court on the parties' Joint Stipulation To Amend Scheduling Order. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED:

The Stipulation is GRANTED. The Court adopts the dates set forth below:

| | |
|---|---|
| Fact Discovery Cutoff | July 27, 2012 |
| Rule 26(a)(2) expert witness reports due on issues which parties have burden of proof | August 10, 2012 |
| Rule 26(a)(2) expert witness reports for rebuttal experts due | September 21, 2012 |
| Expert Discovery Cutoff | October 5, 2012 |
| Deadline for filing summary judgment motions | November 2, 2012 |
| Oppositions to summary judgment due | November 20, 2012 |
| Replies for summary judgment due | December 3, 2012 |
| Summary judgment hearing | December 17, 2012 |
| Final Pretrial Conference | February 4, 2013 at 11:00 a.m. |
| Trial Begins | February 12, 2013 at 9:00 a.m. |

Dated: May 01, 2012

DEAN D. PREGERSON
United States District Judge